**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-cv-24639-BECERRA/Louis**

**HAYLEY GRAHAM,**

  **Plaintiff,**

v.

**UNIVERSITY OF MIAMI,**

  **Defendant.**

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

  Plaintiff, Hayley Graham, and Defendant, University of Miami, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case with prejudice. Each party shall bear her/its own attorneys' fees and costs.

  Respectfully submitted this 13th day of February, 2025,

| **Richard Celler Legal, P.A.**<br>7951 SW 6th Street, Suite 316<br>Plantation, Florida 33324<br>Tel.:(954) 903-7475<br>Fax: (954) 337-2771<br><br>By: /s/ Andres Kroboth<br>  Noah E. Storch<br>  Florida Bar No. 0085476<br>  noah@floridaovertimelawyer.com<br>  Andres Kroboth<br>  Florida Bar No. 1016483<br>  andres@floridaovertimelawyer.com<br>  Tanner M. Borges<br>  Florida Bar No. 1035473<br>  tanner@floridaovertimelawyer.com<br><br>*Counsel for Plaintiff* | **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>  Eric D. Isicoff<br>  Florida Bar No. 372201<br>  Isicoff@irlaw.com<br>  Teresa Ragatz<br>  Florida Bar No. 545170<br>  Ragatz@irlaw.com<br>  Christopher M. Yannuzzi<br>  Florida Bar No. 0092166<br>  Yannuzzi@irlaw.com<br><br>*Counsel for Defendant* |
|---|---|