UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-24639-JB

HAYLEY GRAHAM,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice.  ECF No. [23].  Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own attorney's fees and costs.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 13th day of February, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**